IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELISSA A. ORLER             :        CIVIL ACTION
                             :
      v.                     :
                             :
CAROLYN W. COLVIN            :        NO. 12-1258

ORDER

AND NOW, this 22nd day of July, 2013, upon careful and
independent consideration of plaintiff Melissa A. Orler's brief
and statement of issues in support of request for review (docket
entry # 9), defendant Michael J. Astrue's[1] response thereto
(docket entry # 10), and the Honorable Henry S. Perkin's
thorough and well-reasoned report and recommendation (docket
entry # 14), to which neither party has filed an objection
within the period specified by Loc. R. Civ. P. 72.1 IV (b), and
the Court agreeing with Judge Perkin that the matter should be
remanded so that the Administrative Law Judge may articulate the
weight applied to the evidence and the reasons for rejecting
Plaintiff's claim of disability, for reconsideration of the
ALJ's determinations regarding credibility and residual
functional capacity and the hypothetical proposed to the
vocational expert, and to allow Orler a reasonable opportunity

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting
Commissioner of the Social Security Administration and,

to supplement the medical evidence concerning the issues identified in the report and recommendation, it is hereby ORDERED that:

1.   Judge Perkin's report and recommendation (docket entry # 14) is APPROVED and ADOPTED;

2.   Orler's request for review (docket entry # 7) is GRANTED IN PART;

3.   This case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with Judge Perkin's report and recommendation (docket entry # 14); and

4.   The Clerk of Court shall CLOSE this case statistically.


                                        BY THE COURT:


                                        /s/ Stewart Dalzell, J.


---

therefore, she should be automatically substituted as the Defendant in this action.  See Fed. R. Civ. P. 25(d).